IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs  Harvey Lloyd Napier                          DATE  11/17/20

Case No.  CR-2-19-196(6)          Time  10:39 a.m.    To  11:09 a..m.

================================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================================

DEFENDANT(s)                              DEFENSE ATTORNEY(s)
 Harvey Lloyd Napier                       Helen Himebaugh

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1** - Accepted

Plea Agreement filed on **11/09/20 [Doc. 608]**

Remaining Counts to be dismissed at time of sentencing

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement


**SENTENCING DATE:  April 26, 2021 @ 10:30 a.m.   Before Honorable J. Ronnie Greer**