UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00196-6-JRG-CRW |
| | ) | |
| HARVEY LLOYD NAPIER | ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion For Continuance of Deadline to File Objections to the Presentence Investigation Report [Doc. 861]. The motion is **GRANTED**.

So ordered.

ENTER:

                                                            s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE