UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:19-CR-196 |
| | ) |
| HARVEY LLOYD NAPIER | ) |
| | ) |

**NOTICE OF NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT (PSR)**

COMES NOW the defendant, by and through undersigned counsel, and hereby notifies this Honorable Court of no objection to the Presentence Investigation Report (PSR) as submitted by probation.

Respectfully Submitted,
*s/H. Nikki Himebaugh*
H. Nikki Himebaugh, BPR# 027684
128 East Market Street
Johnson City, TN 37604
Telephone:(423) 557-5321 (or) (423) 926-2022
Facsimile: (877) 456-6069
Email: legalhelp1001@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 1st of April 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,
*s/H. Nikki Himebaugh*