```
                    IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

                        CRIMINAL MINUTES:    Sentencing

USA v    HARVEY LLOYD NAPIER                    Date:    08/30/21

Case No.  CR-2-19-196(6)              Time   11:03 a.m.   To 12:16 p.m.

           Honorable J. RONNIE GREER, U.S. District Judge, Presiding

        Kathy Hopson                            Karen Bradley
        Deputy Clerk                            Court Reporter
================================================================
        Nikki Himebaugh                         Greg Bowman
       Defendant's Attorney                   Asst. U.S. Attorney
```

**PROCEEDINGS:**

Deft given opportunity to speak - accepts

Court Pronounces Judgment

It is the judgment of the Court on **Count One**, the defendant, Harvey Lloyd Napier, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **97 months.** This sentence shall run **concurrently** with any sentence that may be imposed in Scott County, Virginia, Circuit Court Docket Numbers CR19001013-00 through CR19001015-00 and CR19001153; Sullivan County, Tennessee, General Sessions Court Docket Number 18-RK-52413; any sentence that may be imposed in Sullivan County, Tennessee, Criminal Court Docket Numbers S66583, S68816, and S69348; Scott County, Virginia, Circuit Court Docket Number CR19001154-00; Harlan County, Kentucky, District Court Docket Number 12-M-00091; Bell County, Kentucky, District Court Docket Number 12-M-00940; and for the probation violations in Sullivan County, Tennessee, General Sessions Court Docket Numbers 17-RK-46959 and 18-RK-52098.  This sentence shall run **consecutively** to any sentence that may be imposed in Sullivan County, Tennessee, Criminal Court Docket Number S69791; and Scott County, Virginia, Circuit Court Docket Numbers CR19001534-00 through CR19001628-00.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years.**

$100.00 Assessment - Fine is waived

All remaining counts as to this defendant in this case are dismissed on the motion of the United States.

**CONDITIONS OF SUPERVISED RELEASE:**

[X] 13 standard conditions       [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs             [X] cooperate w/the collection of DNA as directed
[X] participate in a drug and/or alcohol abuse treatment program as directed by USPO
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
 [X] You shall not take any prescribed narcotic drug, or other controlled substance, without notifying the physician that you have a
 substance abuse problem and without obtaining permission from the probation officer.
[X] If not obtained while in the custody of the Bureau of Prisons, the defendant shall obtain a General Educational Development Degree.

**RECOMMENDATIONS:**

[X] that defendant be given credit for time served **from 12/5/18 to the present**
[X] 500 hours of substance abuse treatment from the Bureau of Prisons' Institute Residential Drug Abuse Treatment Program / receive a complete physical health evaluation and mental health evaluation and needed treatment while in the custody of the Bureau of Prisons / be afforded a full range of educational and vocational programs offered by the Bureau of Prisons/ designation to the BOP federal facility FMC Lexington, KY
[X] Placed in custody of U.S. Marshal